[No. 26597-8-III. Division Three. June 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID IGNACIO GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00317-1, Vic L. VanderSchoor, J., entered November 7, 2007. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 26910-8-III. Division Three. June 23, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. THEODORE M. KOSEWICZ, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-00689-4, Michael P. Price, J., entered February 20, 2008. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Kulik, A.C.J., concurred in by Sweeney and Brown, JJ.

[No. 26987-6-III. Division Three. June 23, 2009.]

*In the Matter of the Marriage of* LOU ANN WIBBELMAN, *Appellant*, and LAUREN E. WIBBELMAN, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 06-3-00170-9, Scott R. Sparks, J., entered February 26, 2008. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.

[No. 27182-0-III. Division Three. June 23, 2009.]

BETTY HERDT ET AL., *Respondents*, v. DATSKO LYUBOV ET AL., *Defendants*, VLADIMIR LYFAR ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-2-03227-9, Tari S. Eitzen, J., entered May 16, 2008. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Brown, J.